**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed February 15, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00686-CV

---

**RIEL NDUKAEGO EMORDI, Appellant**

**V.**

**YEMI ADEFOWOPE EMORDI, Appellee**

---

**On Appeal from the 387th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 21-DCV-281895**

---

### MEMORANDUM OPINION

This appeal is from a final decree of divorce signed August 18, 2023. The clerk's record was filed November 15, 2023. On January 4, 2024, appellant filed an unopposed motion to dismiss the appeal.[1] *See* Tex. R. App. P. 42.1(a). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.

---

[1] Appellant's motion also refers to a non-suit; to be clear, we are only dismissing the appeal.